No. 23-35548

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

KETTLE RANGE CONSERVATION GROUP,
*Plaintiff-Appellee*,

v.

U.S. FOREST SERVICE, *et al.*,
*Defendant-Appellant*.

Appeal from the United States District Court for Eastern Washington
No. 2:21-cv-00161 (Hon. Stanley Bastian)

**MOTION TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Federal Defendants-Appellants U.S. Forest Service, Glenn Casamassa, Rodney Smoldon, and Travis Fletcher (in their official capacities), move to voluntarily dismiss the above-captioned appeal, with the parties bearing their own costs on appeal. No costs or fees are due to the Court. Counsel for Plaintiff-Appellee stated that they do not oppose this voluntary dismissal, but provided no position on the terms of the dismissal.

1

Dated: December 29, 2023

                                        Respectfully Submitted,

                                        <u>/s/ Amber Blaha</u>
                                        AMBER BLAHA
                                        *Attorney*
                                        Environment and Natural Resources Div.
                                        U.S. Department of Justice
                                        Post Office Box 7415
                                        Washington, D.C. 20044
                                        (202) 598-5568
                                        Amber.blaha@usdoj.gov